**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOEL CHAVEZ NUNEZ,<br><br>         Plaintiff-Appellant,<br><br>  v.<br><br>D. BRIGHT, Prison Doctor; T.<br>FRIEDERICHS, Prison Doctor,<br><br>         Defendants-Appellees. | No.    18-17082<br><br>D.C. No. 3:17-cv-02034-RS<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Richard Seeborg, District Judge, Presiding

Submitted September 18, 2019[**]

Before:     FARRIS, TASHIMA, and NGUYEN, Circuit Judges.

California state prisoner Joel Chavez Nunez appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate

indifference to his serious medical needs and safety.  We have jurisdiction under

28 U.S.C. § 1291.  We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056

---

        [*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2004).  We affirm.

The district court properly granted summary judgment because Nunez failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent to Nunez's medical problems, or knew of and disregarded an excessive risk to Nunez's safety.  *See Farmer v. Brennan*, 511 U.S. 825, 834, 837 (1994) (conditions of confinement claim requires showing that prisoner was subjected to a sufficiently serious deprivation and that defendants knew of and disregarded an excessive risk to prisoner's health or safety); *Toguchi*, 391 F.3d at 1057-60 (negligence, medical malpractice, or a difference of opinion regarding the course of treatment are insufficient to establish deliberate indifference).

**AFFIRMED.**